# United States Court of Appeals

## For the Eighth Circuit

_____

No. 18-3038

_____

Christopher Bruce; Elizabeth Bruce

*Plaintiffs - Appellants*

v.

Polk County Attorney's Office; John P. Sarcone, Polk County Attorney; Jesse Ramirez, Polk County Attorney; Stephanie Brown, Polk County Attorney; Kevin J. Brownell, Polk County Attorney; Kevin Bell, Asst Polk County Attorney; Iowa Department of Human Services; Katie Gosch, Case Worker; Stephanie Rhinehart, Supervisor; Emily Nieman, SW4; Des Moines Police Department; Jake Lancaster, Detective; Altoona Police Dept; Carroll Police Department; Greg Bellinghausen, Officer Carroll PD; Iowa State Attorney General's Office; Grant Keith Dugdale, Asst Attorney General; Kathrine Sue Miller-Todd, Asst Attorney General; Children & Families of Iowa, Inc.; Ashley Andrews, Visit Supervisor; William Price, Judge; William Kelly, Judge; Robert Blink, Judge; Carol Egly, Judge; Jeanie Kunkle Vaudt, Judge; Anastasia Hurn, Magistrate Judge; Linda Lane, Former Asst Polk County Attorney; Dale Mays, Attorney; Paul White, GAL Attorney; Beth Walker, Attorney; Anthony Reed, Manager, Central Iowa Family Services; Lucas Taylor, Mark R. Hinshaw Law Firm

*Defendants - Appellees*

_____

No. 18-3039

_____

Christopher Bruce, The Living Man; Elizabeth Bruce, The Living Woman

*Plaintiffs - Appellants*

v.

William Price; William P. Kelly; Carol Egly; Jeanie Kunkle Vaudt; Robert J. Blink; Anastasia Hurn; Emily Nieman; Stephanie Rhinehart; Katie Gosch; Linda Lane; John P. Sarcone; Jesse Ramirez; Kevin Bell; Stephanie Brown; Kevin J. Brownell; Grant Keith Dugdale; Kathrine Sue Miller-Todd; Jake Lancaster; Alyssa Wilson; Gary Bellinghausen; Jeanne Munson; Kyle Theis; Newbury Living; Nancy Elscott; The Des Moines Register, (U.S.A. Today); Darren Tromblay; Jeffrey Pitts; Dale Mays; Paul White; Lucas Taylor; Ashley Cronbaugh; Anthony Reed

*Defendants - Appellees*

_____

Appeals from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: July 1, 2019
Filed: July 5, 2019
[Unpublished]

_____

Before LOKEN, GRUENDER, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Christopher and Elizabeth Bruce appeal the district court's[1] adverse judgments in their 42 U.S.C. § 1983 actions. After careful de novo review, we find no error in the district court's well-reasoned decisions. See Montin v. Moore, 846 F.3d 289, 292 (8th Cir. 2017) (de novo review of Fed. R. Civ. P. 12(b)(6) dismissal); Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006)

_____

[1]The Honorable Rebecca Ebinger, United States District Judge for the Southern District of Iowa.

-2-

(de novo review of grant of summary judgment); <u>Moore v. Sims</u>, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (de novo review of dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii)).  We also find no judicial bias or denial of due process in the district court's decisions.  <u>See</u> <u>United States v. Oaks</u>, 606 F.3d 530, 537 (8th Cir. 2010) (adverse rulings do not establish bias); <u>Christiansen v. Clarke</u>, 147 F.3d 655, 657-58 (8th Cir. 1998) (dismissal under § 1915(e)(2)(B)(ii) does not violate litigant's due process rights).

Accordingly, we affirm the judgment.  <u>See</u> 8th Cir. R. 47B.  We also deny the Bruces' motion to supplement the record.

_____